CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 21 2019

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

For Clerk's Office Use

| Judge | Rec'd |
|-------|-------|
| D     |       |

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTICT
OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983**

Ricky L. Averette                                24709
Plaintiff full name                              Inmate No.

v.                    CIVIL ACTION NO. 719CV00707

Danville city Jail medical DepT/ Dr. ~~Larence~~ WAng
Defendant(s) full name(s)
DR. LArence WAnG. Jail Doctor

***

A. Current facility and address: Danville City Jail
P.O. Box 3304, Danville VA. 24541

B. Where did this action take place? In The Jail

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

____ Yes    ✓ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

____ Yes    ✓ No

1. If your answer is Yes, indicate the result: _____

2. If your answer is No, indicate why: Never could recieve a grievance form After Asking several Times.

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

My Medication was changed to a medication in which has be recalled, because it was proven to cause cancer after notifying Meds Dept

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

Dr. Wang would not change told Nurse to continue meds. even thow he knew, and they knew it was cancer causing

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

2,000,000 in potential cancer damage.

G. If this case goes to trial do you request a trial by jury? Yes _____ No ✓

H. If I am released or transferred, I understand it is my responsibility to *immediately* notify the court <u>in writing</u> of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 10/14/2019   SIGNATURE: /s/ Ricky Averette

VERIFICATION:
I, Ricky Averette, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 10/14/2019   SIGNATURE: /s/ Ricky Averette

Ricky Averette
P.O. Box 3304
Danville, VA. 24541



Clerk, United States District Court
210 Franklin Road, S.W. Suite 540
Roanoke, VA. 24011-2208